UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 27, 2023
DEBORAH S. HUNT, Clerk

No. 22-5519

TIMOTHY ROLLIN,

    Plaintiff-Appellant,

v.

OFFICE OF THE COMMISSIONER OF THE
KENTUCKY DEPARTMENT OF CORRECTION,
et al.,

    Defendants-Appellees.

Before:  GUY, MOORE, and KETHLEDGE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville .

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk